### SADI VIDRO *v.* COMMISSIONER OF CORRECTION

The petitioner Sadi Vidro's petition for certification for appeal from the Appellate Court, 105 Conn. App. 362 (AC 27594), is denied.

*Kathryn Steadman,* special public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided March 6, 2008

---

### MARK LEATHERWOOD *v.* COMMISSIONER OF CORRECTION

The petitioner Mark Leatherwood's petition for certification for appeal from the Appellate Court, 105 Conn. App. 644 (AC 27784), is denied.

*James M. Fox,* special public defender, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided March 6, 2008